**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEW JERSEY** 25-1069

**Magistrate Case No. 09957244 (Class A)**

**UNITED STATES OF AMERICA**

**v.**

**CARROLL E. WASHINGTON**

**COMPLAINT**
**Offense on a Federal Reservation**

BEFORE the **Honorable Andrea Dechenne Bergman,** a United States Magistrate for the Judicial District of New Jersey, specially designated to try and sentence persons committing misdemeanor offenses against the laws of the United States on a Federal reservation, personally appeared this day **Anthony S. FrancoKopec,** Special Assistant U.S. Attorney for the District of New Jersey, who, under oath charges that:

On or about the **3rd day of March 2025**, at Joint Base McGuire-Dix-Lakehurst, New Jersey, in the Judicial District of New Jersey,

**CARROLL E. WASHINGTON** did commit:

Violation of security regulations and orders in violation of 50 U.S.C. 797.

The name of the Complainant is **Anthony S. FrancoKopec.**

[signature]

**ANTHONY S. FRANCOKOPEC, DAF, Civ**
**Special Assistant United States Attorney**

**SWORN TO BEFORE ME, AND SUBSCRIBED IN MY PRESENCE, JOINT BASE MCGUIRE-DIX-LAKEHURST, NEW JERSEY, ON THIS 17TH DAY OF APRIL 2025.**

[signature]

**HONORABLE ANDREA DECHENNE BERGMAN**
**United States Magistrate Judge**

4/17/25 NK 5/20/25 NK 7/24/25

STATEMENT OF PROBABLE CAUSE
(For issuance of an arrest warrant or summons)

I state that on March 3, 20 25 while exercising my duties as a law enforcement officer in the JBMDL District of NJ

I was dispatched to Bldg 3425 Commercial Entry Point for contraband. Once on location I was relayed by fellow officer that upon the inspection of the DEFENDANT's vehicle for base access onto installation a Springfield Hellcat Handgun Serial number BB380638 with (13) 9mm Hollow Point ammunition with silver casings was found in the compartment above the sun visor of his vehicle

The foregoing statement is based upon:
- ☐ my personal observation
- ☐ my personal investigation
- ☑ information supplied to me from my fellow officer's observation
- ☐ other (explain above)

I declare under penalty of perjury that the information which I have set forth above and on the face of this violation notice is true and correct to the best of my knowledge.

Executed on: 03/03/2025 [signature]
Date (mm/dd/yyyy) Officer's Signature

Probable cause has been stated for the issuance of a warrant.

Executed on: ______________________
Date (mm/dd/yyyy) U.S. Magistrate Judge

**HAZMAT** = Hazardous material involved in incident; **PASS** = 9 or more passenger vehicle;
**CDL** = Commercial drivers license; **CMV** = Commercial vehicle involved in incident

CVB SCAN 03/10/2025 16:9